UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| THE LOUISIANA FORESTRY ASSOCIATION, INC., OUTDOOR AMUSEMENT BUSINESS ASSOCIATION, INC., CRAWFISH PROCESSORS ALLIANCE, INC., AMERICAN SHRIMP PROCESSORS ASSOCIATION, FOREST RESOURCES ASSOCIATION, INC., AMERICAN HOTEL & LODGING ASSOCIATION, and AMERICAN SUGAR CANE LEAGUE OF THE U.S.A., INC.<br>        Plaintiffs.<br>v.<br><br>HILDA L. SOLIS, in her official capacity as United States Secretary of Labor, 200 Constitution Avenue, NW, Washington, DC 20210, and<br><br>JANE OATES, in her official capacity as United States Assistant Secretary of Labor, Employment and Training Administration, 200 Constitution Avenue, NW, Washington, DC 20210, and<br><br>THE UNITED STATES DEPARTMENT OF LABOR, 200 Constitution Avenue, NW, Washington, DC 20210, and<br><br>JANET NAPOLITANO, in her official capacity as United States Secretary of Homeland Security, Washington, DC 20528, and<br><br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Washington, DC 20528<br>        Defendants.<br><br>COMITÉ DE APOYO A LOS TRABAJADORES AGRÍCOLAS, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, ALLIANCE OF FOREST WORKERS AND HARVESTERS, SALVADOR MARTINEZ BARRERA, J. JESÚS VITE LOPEZ, ROMULO ABULECHE, and JAHEMEL ABULECHE,<br>        Defendant Intervenors. | CIVIL DOCKET NO: 11-1623<br><br>JUDGE DRELL<br><br>MAGISTRATE JUDGE KIRK |

**<u>UNOPPOSED MOTION TO INTERVENE AS PARTIES DEFENDANT</u>**

Upon concurrence of counsel for Plaintiffs and Defendants pursuant to Local Rule 7.6,

and in accordance with Fed.R.Civ.P. 24(a) and (b), Comité de Apoyo a Los Trabajadores

Agrícolas, Pineros y Campesinos Unidos Del Noroeste, the Alliance of Forest Workers and

Harvesters, Salvador Martinez Barrera, J. Jesús Vite Lopez, Romulo Abuleche, and Jahemel Abuleche ("Defendant Intervenors" or "Intervenors") hereby move for leave to intervene as defendants in this action. As grounds for this motion, the Applicants for Intervention would state as follows:

1.    Intervenor Comité de Apoyo a los Trabajadores Agrícolas (CATA) is a membership organization open to farmworkers, members of the immigrant worker community, and their supporters.  Members live and work primarily in southeastern Pennsylvania, southern New Jersey, Delaware and Eastern Maryland.  Members include U.S. landscaping workers and construction workers, and in the recent past have also included H-2B workers in those industries.  Through its work, CATA strives to improve the living and working conditions of its members and member communities.  The challenged H-2B regulations and rules have a significant effect on CATA members' wages, their living conditions, and their ability to obtain and retain jobs.  CATA seeks to protect its members' interests by defending the validity of the challenged regulations.  CATA was also a Plaintiff in *Comité de Apoyo a los Trabajadores Agrícolas (CATA) v. Solis,* No. 2:09-00240 LP (E.D. Pa.) and intervenes to protect its interests in the judgment it obtained in that case.

2.    Intervenor Pineros y Campesinos Unidos del Noroeste ("PCUN") is a union of farmworkers, nursery, agricultural food processing, and reforestation workers in Oregon with more than 5000 registered members. PCUN's mission is to empower its membership to recognize and take action against worker exploitation and to improve wages and working conditions of its members. A number of PCUN's members are U.S. workers within the meaning of the federal regulations governing the temporary labor program, 20 C.F.R. §655.5(a), and are employed in areas within Oregon in which H-2B workers have been and continue to be employed.  The regulations at issue affect PCUN members' wages and their ability to obtain and retain jobs.  PCUN seeks to protect its members' interests by defending the validity of the challenged regulations.  PCUN was also a Plaintiff in *CATA v. Solis,* No. 2:09-00240 LP (E.D. Pa.) and intervenes to protect its interests in the judgment it obtained in that case.

3. Intervenor The Alliance of Forest Workers and Harvesters (AFWH) is a multicultural membership organization promoting social, environmental, and economic justice for forest workers in the Pacific Northwest. Its membership consists of both U.S. and H-2B workers who labor in the forests. Forestry workers may be subject to the H-2B regulations and the regulations under that program affect the Alliance's members' wages, their working conditions, and their ability to obtain and retain jobs. The Alliance seeks to protect its members' interests by defending the validity of the challenged regulations. AFWH was also a Plaintiff in *CATA v. Solis,* No. 2:09-00240 LP (E.D. Pa.) and intervenes to protect its interests in the judgment it obtained in that case.

4. Intevernors CATA, PCUN, and AFWH intervene on behalf of themselves and a class consisting of all workers affected by the challenged H-2B regulations.

5. Intervenor Salvador Martinez Barrera is a citizen of the Republic of Mexico. He had been employed as an H-2B worker in the Eastern District of Pennsylvania in each of the years 2003, 2004, 2005, 2006 and 2007. He was also employed as an H-2B worker outside Pennsylvania in 2008. Mr. Martinez was employed as an H-2B worker in 2010. He anticipates seeking future H-2B employment in the United States and has continued to pursue employment as an H-2B worker. Martinez Barrera was also a Plaintiff in *CATA v. Solis,* No. 2:09-00240 LP (E.D. Pa.) and intervenes to protect its interests in the judgment he obtained in that case.

6. J. Jesus Vite Lopez is a Mexican citizen who is currently employed in southeastern Pennsylvania as an H-2B landscaping worker and has been previously employed in 2009 and 2010 to perform landscaping duties for that same company as an H-2A agricultural worker. He is employed on an H-2B certification which will remain valid through December 2011 and will be directly affected by the preliminary relief sought by Plaintiff Associations in

this matter. His wages and those of other H-2B landscaping workers have been artificially depressed by the application of the invalid "Skill Level" methodology previously used by DOL and his wages and those of other H-2B landscaping workers in southeastern Pennsylvania will be appropriately increased in accordance with the current DOL regulations as of October 1, 2011.

7. Intervenors Romulo Abuleche and Jahamel Abuleche are Filipino nationals who maintain their permanent homes near in the Philippines. These Applicants entered the United States in June, 2011 pursuant to H-2B visas issued as a result of an approved temporary labor certification application authorizing admission of individuals for employment from June 9, 2011 through November 25, 2011 in Provincetown, Massachusetts. These Defendant Intervenors are currently employed as dishwashers in Massachusetts under a work job offer, or clearance order, which pays workers wage of $7.63 per hour.

8. Intervenors Jesus Vite, Romulo Abuleche and Jahamel Abuleche intervene on behalf of themselves and a class consisting of all U.S. and H-2B workers whose wages rates will be controlled by challenged Wage Rule I and Wage Rule II as of September 30, 2011.

9. The Intervenor Defendants have an interest in the subject matter of this litigation, *i.e.*, DOL's wage regulations applicable to the H-2B program. The Intervenor Defendants will be adversely affected in their wages and working conditions if the challenged rules are enjoined by this Court. Among other things, if the rules are enjoined, Intervenor Defendants Jesus Vite, Romulo Abuleche, Jahemel Abuleche, and Salvador Martinez Barrera will suffer an immediate reduction in the hourly wage rates. In addition, the members of CATA, PCUN, and AFWH and other US workers working for employers who compete with employers of H-2B workers will be adversely affected by the relief sought by the Plaintiff Associations.

10. Disposition of this litigation may as a practical matter impair or impede the ability of the Applicants for Intervention to protect their interests and the interests of their members in their wages during the current and future harvest seasons.

11. The federal Defendants cannot adequately protect the interests of the Intervenor Defendants. The Applicants for Intervention have interests distinct from those of the federal Defendants, including interests in enforcing orders entered in their favor in the case of *CATA v. Solis*, No. 09-240-LP (E.D. Pa.) in which the federal Defendants here are opposing parties. As a result, in is uncertain that the federal Defendants will undertake all actions necessary to protect the interests of the Intervenor Defendants and other U.S. and H-2B workers. Unless the Applicants for Intervention are permitted to intervene in this action, no party is likely to insist that as a condition for the issuance of a preliminary injunction, the Plaintiffs and the employers they represent be required to provide security under Rule 65(c) for the amount of the disputed wages.

12. In accordance with Local Rule 7.6, counsel for the Defendant Intervenors has conferred with Ann Margaret Pointer, counsel for the Plaintiffs, and Geoffrey Forney, counsel for Defendants, and both of these attorneys have, on behalf of their respective clients, consented to the intervention sought herein. As a result of the consent by opposing counsel no memorandum of law is required to be filed in support hereof.

13. In addition to the agreement of all counsel, Defendant Intervenors would note that courts throughout the country have long recognized the right of U.S. and H-2B workers, as well as organizations representing their interests, to intervene in employer challenges to DOL regulations affecting the temporary foreign worker program. *See, e.g. Feller v. Brock,* 802 F.2d 722, 729-730 (4th Cir. 1986) (reversing district court refusal to allow U.S and H-2B workers to

intervene in challenge to H-2A wage rates); *Virginia Agricultural Growers Assn. v. Donovan,* 774 F.2d 89 (4th Cir. 1985) (workers permitted to intervene in challenge to DOL wage rate); *Shoreham Cooperative Apple Producers Assn, Inc. v. Donovan,* 764 F.2d 135 (1st Cir. 1986) (same); *Florida Fruit and Vegetable Assn. v. Donovan,* 771 F.2d 1455 (11th Cir. 1985) (same); *North Carolina Growers Ass'n v. Solis,* 2009 WL 4729113 (M.D.N.C. Dec. 3, 2009) (same); *Frederick County Fruit Growers Assn v. Donovan,* 597 F.Supp. 45 (W.D. Va. 1984).

14. Annexed hereto in accordance with Fed.R.Civ.P. 24(c) is an Answer to the complaint of Plaintiff Associations herein.

Dated: September 19, 2011

Respectfully submitted,

s/ Katie M. Schwartzmann_____
Katie Schwartzmann
      Louisiana Bar No. 30295
Southern Poverty Law Center
4431 Canal Street
New Orleans, La 70119-5946
Telephone: (504) 486-8982
Facsimile: (504) 486-8947
Email: Katie.Schwartzmann@splcenter.org

Mary Bauer
      Alabama Bar No. ASB-1181R76B
Southern Poverty Law Center
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8393
Facsimile: (334) 956-8481
Email: Mary.Bauer@splcenter.org

Edward Tuddenham – Trial Attorney
      New York Attorney 2155810
228 W. 137th St.
New York New York 10030
Telephone: 212-234-5953
Facsimile:  (512) 532-7780

Email:  etudden@prismnet.com

Arthur N. Read
    Pennsylvania Attorney 29360
Friends of Farmworkers, Inc.
42 S 15th St, Suite 605
Philadelphia, PA 19102-2205
Telephone: (215) 733-0878
Facsimile: (215) 733-0876
Email: aread@friendsfw.org

D. Michael Dale
    Oregon Bar No 771507
Northwest Workers' Justice Project
917 SW Oak, Suite 412
Portland, OR 97205
Telephone: (503) 535-8545
Facsimile: (503) 946-3089
Email: michael@nwjp.org

Silas M. Shawver
    California Bar No: 241532
Centro de los Derechos del Migrante
1801 Falls Rd. #3 D
Baltimore, MD 21201
Telephone: (800) 401-5901
Facsimile: 011 (52) 492 925.2511
Email: silas@cdmigrante.org

Clermont L. Fraser
    North Carolina Bar No. 36761
North Carolina Justice Center
P.O. Box 28068
Raleigh, NC  27611
Telephone:  (919) 861-0606
Fax:     (919) 856-2175 (fax)
Email:  clermont@ncjustice.org

    Attorneys for Defendant Intervenors

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2011, a true and correct copy of the foregoing pleading and its attachments are being filed electronically. Notice of this filing will be sent by email to all parties by the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

        s/   Katie M. Schwartzmann_____
        Katie Schwartzmann
        Louisiana Bar No. 30295
        Southern Poverty Law Center
        4431 Canal Street
        New Orleans, La 70119-5946
        Telephone: (504) 486-8982
        Facsimile: (504) 486-8947
        Email: Katie.Schwartzmann@splcenter.org