

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| **LOUISIANA FORESTRY ASSOCIATION INC, ET AL** | **CIVIL ACTION NO.  1:11CV1623** |
| **VERSUS** | **JUDGE DRELL** |
| **HILDA L SOLIS , ET AL** | **MAGISTRATE JUDGE KIRK** |

## NOTICE OF MOTION SETTING

Please take notice that the Motion to Strike the Testimony, Declarations, and Exhibits of James Kendrick Judkins (Document No. 105) filed by U S Dept of Homeland Security, U S Dept of Labor, Janet Napolitano, Jane Oates and Hilda L Solis on November 30, 2011 has been referred to the Honorable Dee D. Drell and has been assigned to the January 20, 2012 motion date.

### Deadlines

Any party who opposes the motion may file a memorandum in opposition within **twenty-one (21) calendar days** from the date of this notice.  The movant may **file a reply** within **seven (7) days** after the memorandum in opposition is filed. Reply memoranda are limited to 7 pages. Surreply briefs will not be allowed.   OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record without oral argument. Briefs should fully address all pertinent issues.  All parties will be notified if the Court finds oral argument is necessary. A written ruling will be issued in due course.

### Courtesy Copies Required

A paper courtesy copy of the response briefs and any corresponding attachments must be delivered to Judge Drell's chambers promptly after filing.  The address is 515 Murray Street, Suite 233, Alexandria, LA 71301. Counsel are *not* required to send a additional set of courtesy copies to the assigned Magistrate Judge.

**DATE OF NOTICE: December 1, 2011.**

TONY R. MOORE
CLERK OF COURT