

**United States District Court**
<small>OFFICE OF THE CLERK</small>
**Western District of Louisiana**

December 14, 2011

*800 Lafayette Street, Suite 2100*　　　　　　　　　　　　　　　　　*300 Fannin Street, Suite 1167*
*Lafayette, LA 70501*　　　　　　　　　　　　　　　　　　　　　　　　*Shreveport, LA 71101*
*1-337-593-5000*　　　　　　　　　　　　　　　　　　　　　　　　　　　*1-318-676-4273*

Michael E. Kunz
United States District Court/Eastern District of Pennsylvania
James A. Byrne Federal Courthouse
601 Market Street
Philadelphia, PA 19106-1797

　　　　　　RE:　　1:11-cv-1623
　　　　　　　　　　THE LOUISIANA FORESTRY ASSOCIATION INC, ET AL V. HILDA L SOLIS,
　　　　　　　　　　ET AL

Dear Clerk:

　　　　Pursuant to order filed on 12/13/2011 in the above-captioned case, this matter is hereby transferred to your court.

　　　　The official court record for the Western District of Louisiana is the electronic case filing system, CM/ECF.  Please be advised you may access this database to obtain original pleadings.  Our web site address is: http://ecf.lawd.circ5.dcn; upon receipt of this letter, please contact our help desk (as listed below) or e-mail us at the following Lotus Notes address: Lawdml_cmecf Help Desk to obtain the login and password.  The login and password will be for this official purpose only and should not be shared with any non-federal court personnel.  Below is a list of manual filings, exhibits, and/or sealed documents, that, due to system limitations or local administrative procedures, require manual transmission:

**1)** *Rec. Doc. 70 - Administrative Record on Compact Discs filed by U S Dept of Homeland Security, U S Dept of Labor, Janet Napolitano, Jane Oates and Hilda L Solis.*

**2)** *Rec. Doc. 98 - Exhibits Admitted During Motion Hearing.*

　　　　Please acknowledge receipt on the enclosed copy of this letter.

　　　　ATTORNEYS ARE ADVISED THAT ALL FUTURE FILINGS SHOULD BE DIRECTED TO RECEIVING COURT NAMED ABOVE.

　　　　For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

　　　　THUS DONE  December 14, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　TONY R. MOORE
　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

csd

Enclosures